IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JESSYCA REDLER and BRYAN REDLER, | ) ) ) |
| Plaintiffs, | ) CIVIL NO.: 3:14-CV-017 ) ) ) JURY TRIAL DEMANDED |
| MARRIOTT OWNERSHIP RESORTS (ST. THOMAS), INC. d/b/a MARRIOTT FRENCHMAN'S COVE, | ) ) ) ) |
| Defendant. | ) ) ) |

### NOTICE OF TAKING VIDEOTAPED DEPOSITION

**TO:**  Karin A. Bentz, Esq.
Gregory Adam Thorp, Esq.
Karin A. Bentz P.C.
5332 Raadets Gade, Suite 3
St. Thomas, VI 00802-6309

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the videotaped deposition of:

NAME:             Jessyca Redler

DATE AND TIME:    October 17, 2014, at 10:00a.m.

PLACE:            Marriott's Frenchman's Cove
                  General Manager's Office
                  7338 Estate Bakkeroe
                  St. Thomas, VI 00802

*[Certificate of Service on following page]*

CIVIL NO.: 3:13-CV-05

Respectfully submitted,

/s/ Jennifer Quildon Miller
Jennifer Quildon Miller, Esq.
V.I. Bar No. 1109
Schuyler A. Smith, Esq.
V.I. Bar No. 1271
Hamilton, Miller & Birthisel, VI P.C.
Counsel for Defendant
150 Southeast Second Ave., Suite 1200
Miami, Florida 33131
Telephone 305-379-3686
Telefax 305-379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Jennifer Quildon Miller
Jennifer Quildon Miller

## SERVICE LIST

Karin A. Bentz, Esq.
Gregory Adam Thorp, Esq,
Karin A. Bentz P.C.
5332 Raadets Gade, Suite 3
St. Thomas, VI 00802-6309
Telephone: 340-774-2669
Facsimile: 340-774-2665
Email: kbentz@virginlaw.com