**SCIENTIFIC ADVISORY SERVICES, Ltd.**
3 Baker Hill Road
Great Neck, New York 11023
Tel  516-482-5374   -   516-482-1231 fax
email  cjabraham1@aol.com
www.scientificadvisory.com

March 27, 2015

Schuyler A. Smith Attorney At Law
Hamilton, Miller & Birthisel LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131

Karin A. Bentz, Esq.
Law Offices of Karin A. Bentz, P.C.
5150 Dronningens Gade – Suite 10
St. Thomas, VI 00802

Re:   Jessyca Redler vs. Marriott Frenchman's Cove

## STATEMENT
FED ID# 11-3517097

| | | |
|---|---|---|
| Review and Preparation for Deposition | 5 hours | $1,500 |
| Deposition of Dr. C. J. Abraham at the Law Offices of Jeffery S. Marks, P.A. 1900 Glades Road, Suite 102 Boca Raton, FL 33431 561-416-9801 x:0 (standard fee- per day or any part thereof; see attached FEE SCHEDULE) | | 4,000 |
| | Total | $5,500 |

**TOTAL DUE $5,500**
**TOTAL DUE APRIL 8TH WHICH IS 10 BUSINESS DAYS PRIOR TO THE SCHEDULED DEPOSITION ON APRIL 22, 2015**
**THANK YOU**


DEFENDANT'S EXHIBIT A